UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CANDACE ANDERSON,

        Plaintiff,                Case Number 16-12873
                                                  Honorable David M. Lawson

v.

TRANS UNION, LLC,

        Defendant.
_____/

## ORDER OF DISMISSAL

On May 25, 2017, the defendant filed a notice that the parties had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE**. Any party may apply to reopen the matter to enforce the settlement agreement **on or before June 29, 2017**.

                                                      s/David M. Lawson
                                                      DAVID M. LAWSON
                                                      United States District Judge

Dated: May 30, 2017

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 30, 2017.

                                        s/Susan Pinkowski
                                        SUSAN PINKOWSKI